UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOROTHY J. ROEBUCK**                                                       **PLAINTIFF**

v.                      **CASE NO. 4:10cv0248 BSM**

**GRADY M. McCALLISTER and**
**JOE M. McCALLISTER**                                         **DEFENDANTS**

## **ORDER**

Defendants move to dismiss or transfer this case for improper venue [Doc. No. 6]. Nevertheless, the event giving rise to the plaintiff's claim occurred in the Eastern District of Arkansas, so venue is proper pursuant to 28 U.S.C. § 1391(a). Because venue is proper and in the interest of justice, the defendants' motion to dismiss or transfer is DENIED.

IT IS SO ORDERED this 15th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE