IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOROTHY J. ROEBUCK**                                                                 **PLAINTIFF**

**v.**                            **CASE NO. 4:10-CV-0248 BSM**

**GRADY M. McCALLISTER and**
**JOE M. McCALLISTER**                                                              **DEFENDANTS**

## ORDER

The parties state that they have entered into a full and final settlement agreement governing all claims and all parties in this matter. Therefore, all claims are dismissed with prejudice.

IT IS SO ORDERED THIS 1st day of June 2011.

_____
UNITED STATES DISTRICT JUDGE