**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DOROTHY J. ROEBUCK**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO.: 4:10-CV-0248 BSM**

**GRADY M. McCALLISTER and
JOE M. McCALLISTER**                                                                                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1st day of June 2011.

_____
UNITED STATES DISTRICT JUDGE